FILED

2024 FEB 22 AM 8:52

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: TV

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER **MJ 24-00983** |
|---|---|
| PLAINTIFF(S) | 24-MJ-6006 |
| v. | |
| Juan Perez | DECLARATION RE |
| DEFENDANT(S). | OUT-OF-DISTRICT WARRANT |

The above-named defendant was charged by: Complaint
in the Western District of New York on 2/20/24
at 1600 ☐ a.m. / ☒ p.m. The offense was allegedly committed on or about 1/10/2024
in violation of Title 21 U.S.C., Section(s) 846
to wit: Distribution of Fentanyl and Cocaine

A warrant for defendant's arrest was issued by: Judge Payson

Bond of $ 0 was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    2/20/24
               Date

_____         Stellern
Signature of Agent                Print Name of Agent

USMS                              Deputy
Agency                            Title

CR-52 (03/20)        DECLARATION RE OUT-OF-DISTRICT WARRANT